No. 105.   Thompson *v.* Coastal Oil Co.   Certiorari, 350 U. S.. 817, to the United States Court of Appeals for the Third Circuit.   Argued January 24, 1956.   Decided January 30, 1956.   *Per Curiam:* The judgment is affirmed by an equally divided Court.*   Mr. Justice Harlan took no part in the consideration or decision of this case. *Charles Andrews Ellis* argued the cause for petitioner. With him on the brief was *Silas Blake Axtell.   Michael E. Hanrahan* argued the cause and filed a brief for respondent.

No. 41.   United States *v.* Virginia Electric & Power Co.   On petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit. *Per Curiam:* The petition for writ of certiorari is granted. The judgment is vacated and the case is remanded to the Court of Appeals for further consideration in the light of *United States* v. *Twin City Power Co.,* 350 U. S. 222. *Solicitor General Soboloff* for the United States.   *Ralph H. Ferrell, Jr.* and *Francis V. Lowden, Jr.* for respondent.

---

*This judgment vacated and case restored to docket for reargument, *post,* p. 985.